# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-11227 |
| ) | |
| ANALOG DEVICES INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF BINGHAM MCCUTCHEN LLP, JOSHUA M. DALTON, AND LAWRENCE T. STANLEY, JR.

Bingham McCutchen LLP, Joshua M. Dalton, and Lawrence T. Stanley, Jr. withdraw their appearance as counsel of record for Plaintiff British Telecommunications plc. Local counsel Barbara A. Fiacco, Donald R. Ware and the firm of Foley Hoag LLP, as well as counsel Daniel A. Boehnen, Jeffrey P. Armstrong, and the firm of McDonnell Boehnen Hulbert & Berghoff LLP (*Pro Hac Vice* Applications to be filed) will continue their representation of British Telecommunications plc in this matter.

DATED: August 4, 2010                                   Respectfully Submitted,

                                                        BRITISH TELECOMMUNICATIONS PLC

                                                        By its attorneys

                                                        /s/ Lawrence T. Stanley, Jr.
                                                        Joshua M. Dalton (BBO # 636402)
                                                        Lawrence T. Stanley, Jr. (BBO # 657381)
                                                        BINGHAM MCCUTCHEN LLP
                                                        One Federal Street
                                                        Boston, MA  02110-1726
                                                        TEL. 617 951 8000
                                                        FAX 617 951 8736

**Of Counsel**
(*Pro Hac Vice* Applications to be filed):
Daniel A. Boehnen
Jeffrey P. Armstrong
MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606-6709
TEL. 312 913 0001
FAX 312 913 0002

*Attorneys for Plaintiff*
*British Telecommunications plc*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the NEF on August 4, 2010.

/s/ Lawrence T. Stanley, Jr.
Lawrence T. Stanley, Jr.

A/73456521.1