UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> ANALOG DEVICES INC ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:10-cv-11227 <br><br> **JOINT STIPULATION OF** <br> **<u>DISMISSAL WITH PREJUDICE</u>** |

Plaintiff British Telecommunications PLC and Defendant Analog Devices Inc, by and through their respective undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of their settlement agreement, that this action is hereby dismissed with prejudice in its entirety, with each party to bear its own costs and fees.

**STIPULATED AND AGREED:**

British Telecommunications plc

By: _/s/ Donald R. Ware_
Donald R. Ware (BBO No. 51620)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210-2600
(617) 832-1000
dware@foleyhoag.com

Analog Devices Inc

By: _/s/ David B. Bassett_
David B. Bassett (BBO551148)
WILMERHALE
399 Park Avenue
New York, NY 10022
(212) 230-8800
david.bassett@wilmerhale.com

Dated October 29, 2010.